UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DENISE SHIPMAN, )
    Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 5:12-CV-589-F**
)
UNITED PARCEL SERVICE, INC., )
    Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Leave to File a Corrected Copy of the Memorandum, Defendant United Parcel Service, Inc.'s Motion for Summary Judgment and its Consent Motion for Leave to File Excess Pages are all ALLOWED. Plaintiff's claims are DISMISSED, and the Clerk of Court is DIRECTED to close this case and remove it from the court's trial calendar.

**This Judgment Filed and Entered on October 3, 2013, and Copies To:**

Sandra J. Polin (via CM/ECF Notice of Electronic Filing)
Charles A. Gartland, II (via CM/ECF Notice of Electronic Filing)
Kimberly L. Fogarty (via CM/ECF Notice of Electronic Filing)
Susan B. Molony (via CM/ECF Notice of Electronic Filing)

DATE                                    JULIE A. RICHARDS, CLERK
October 3, 2013                    /s/ Susan K. Edwards
                                         (By) Susan K. Edwards, Deputy Clerk