UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DENISE SHIPMAN, ) <br> ) <br> Plaintiff, ) <br> ) **JUDGMENT** <br> v. ) No. 5:12-CV-589-F <br> ) <br> UNITED PARCEL SERVICE, INC., ) <br> ) <br> Defendant. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant United Parcel Service, Inc. is awarded $1,902.00 in transcript costs pursuant to 28 U.S.C. § 1920(2) and $68.40 for costs on appeal under Federal Rule Appellate Procedure 39(d). Total costs in the amount of $1,970.40 are taxed against Shipman and shall be included in the judgment.

**This Judgment Filed and Entered on May 26, 2015, and Copies To:**

Sandra J. Polin (via CM/ECF Notice of Electronic Filing)
Charles A. Gartland, II (via CM/ECF Notice of Electronic Filing)
Kimberly L. Fogarty (via CM/ECF Notice of Electronic Filing)
Susan B. Molony (via CM/ECF Notice of Electronic Filing)


DATE                                              JULIE RICHARDS JOHNSTON, CLERK
May 26, 2015                                 /s/ Jacqueline B. Grady
                                                         (By) Jacqueline B. Grady, Deputy Clerk